IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03-cr-181-7-1FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | |
| ) | |
| ) | ORDER |
| CHARLES ANTHONY BROWN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 328 ) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is **DENIED** for reasons stated in the two Presentence Investigation Reports and prior Court's Order (Doc.# 288, 289 and 293).

**IT IS SO ORDERED**.

Signed: October 13, 2009

Frank D. Whitney
United States District Judge